**FILED - GR**
July 27, 2026 2:58 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:ARR   SCANNED BY: AR / 7.28

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF MICHIGAN

## WESTERN DIVISION

MATTHEW KEITH ALWARD,

*Petitioner,*

v.

FEDERAL BUREAU OF PRISONS,

and

KPEP KALAMAZOO,

*Respondents.*

**1:26-cv-2175**
Robert J. Jonker
U.S. District Judge

Case No.:

## PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241

Comes now the Petitioner, **Matthew Keith Alward**, proceeding *pro se*, and respectfully moves this Honorable Court for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. In support of this Petition, Petitioner states as follows:

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 2241, as Petitioner is currently in custody under the authority of the United States Federal Bureau of Prisons (BOP) and subject to supervision via KPEP in Kalamazoo, Michigan, located within the Western District of Michigan.

1. This petition challenges the execution and calculation of Petitioner's sentence, specifically the application of earned First Step Act (FSA) and Second Chance Act (SCA) credits toward immediate release to supervised release.

## II. STATEMENT OF FACTS

3. Petitioner is currently serving a federal sentence under the custody of the Federal Bureau of Prisons, physically residing in home confinement / community re-entry supervision overseen by KPEP in Kalamazoo, Michigan.
4. Petitioner has accrued **over 700 days** of earned time credits pursuant to the First Step Act (18 U.S.C. § 3632(d)(4)) and Second Chance Act, which should properly be applied toward sentence reduction and immediate transfer to his five-year term of supervised release (probation).
5. Petitioner has successfully participated in and completed several evidence-based recidivism reduction (EBRR) programs and productive activities (PAs) under the First Step Act.

3. Petitioner maintains an exemplary institutional record with **no disciplinary infractions**.
4. Petitioner has successfully reintegrated into the community, maintaining full-time employment, owning and residing in stable housing, and enjoying strong community support from multiple local family members.
5. Petitioner maintains documented disability status, making full release to supervised release particularly appropriate for accessing necessary community-based medical care and stability.
6. Petitioner has demonstrated sustained good conduct in the community and remains fully cooperative, willing to assist federal authorities with relevant information regarding persons of interest to the government.

## III. GROUNDS FOR RELIEF

**GROUND ONE: Improper Calculation and Failure to Apply FSA / SCA Credits**

- **Supporting Facts:** Petitioner has earned over 700 days of FSA and SCA credits through completed programming and clean disciplinary conduct. Under 18 U.S.C. § 3624(g), earned FSA credits must be applied toward early transfer to supervised release once a qualifying prisoner has accumulated sufficient credits. The BOP and KPEP have improperly delayed or failed to apply these credits, resulting in detention beyond Petitioner's lawful release date to supervised release.

**GROUND TWO: Rehabilitation, Disability Status, and Community Reintegration**

- **Supporting Facts:** Petitioner has fulfilled all statutory intent behind the First Step Act. Petitioner maintains stable homeownership, full-time employment, strong

familial support, and an exemplary conduct record without incident. Coupled with Petitioner's qualifying disability status and ongoing willingness to assist the government, continued restriction on home confinement under KPEP supervision is arbitrary, unnecessary, and contrary to federal sentencing guidelines for supervised release transition.

## IV. PRAYER FOR RELIEF

WHEREFORE, Petitioner respectfully requests that this Honorable Court:

1. **GRANT** this Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241;

1. **ORDER** the Bureau of Prisons and KPEP to immediately calculate and apply all accumulated First Step Act and Second Chance Act credits (exceeding 700 days) to Petitioner's sentence;
2. **ORDER** Petitioner's immediate release from home confinement/KPEP custody to begin his five-year term of supervised release; and
3. **GRANT** any further relief that this Court deems just and proper.

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___22___ day of _____july_____ , 2026

**Matthew Keith Alward**

*Petitioner, Pro Se*

Matthew Alward
2506 NEWARK AVE
LANSING MI 48911

GRAND RAPIDS MI   493

23 JUL 2026   PM 4  L



Court Clerk
US District Court
110 MICHIGAN ST NW STE 399
GRAND RAPIDS MI 49503-2317